UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>INTUIT, INC.,<br><br>          Defendant. | Case No. 07-6452-WHA<br><br>**ADR CERTIFICATION<br>BY PARTIES AND COUNSEL** |

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

        **(1)**    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

        **(2)**    Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)**    Considered whether this case might benefit from any of the available dispute resolution options.


Dated: __1/22/08__                                _____/s/_____
                                                      Arthur Messina, President
                                                      CREATE-A-CARD, INC.
                                                      *Plaintiff*


Dated: __1/22/08__                                  _____/s/_____
                                                        Juan Loredo, President
                                                      AGSJ, INC.
                                                       *Plaintiff*

744913.1

Dated:  1/22/08   /s/
Philip Flynn, Founder
PHILANTHROPIC FOCUS, LLC
*Plaintiff*


Dated:  1/22/08   /s/
James Quadra
MOSCONE, EMBLIDGE & QUADRA, LLP
*Plaintiffs' Counsel*


Dated:  1/22/08   /s/
Rebecca Bedwell-Coll
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
*Plaintiffs' Counsel*