1  James A. Quadra (SBN 131084)
   Robert D. Sanford (SBN 129790)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
   220 Montgomery Street, Ste. 2100
3  San Francisco, California 94104
   Telephone:  (415) 362-3599
4  Facsimile:  (415) 362-2006
   Email:  quadra@meqlaw.com
5
   Michael W. Sobol (SBN 194857)
6  LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
7  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
8  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
9  Email:  msobol@lchb.com
   Email:  jsagafi@lchb.com
10
   Jonathan D. Selbin (SBN 170222)
11 Rebecca Bedwell-Coll (SBN 184468)
   LIEFF, CABRASER, HEIMANN &
12     BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
13 New York, NY  10017-2024
   Telephone:   (212) 355-9500
14 Facsimile:   (212) 355-9592
   Email:  jselbin@lchb.com
15 Email:  rbcoll@lchb.com

16 *Attorneys for Plaintiffs and proposed Class*

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20 | CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated, | Case No.  3:07-CV-06452-WHA |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION RE:  SERVICE OF PROCESS AND CONTINUING RESPONSE DATE TO COMPLAINT, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| INTUIT, INC., | |
| Defendant. | |

WHEREAS, Defendant Intuit Inc., ("Defendant" or "INTUIT"), a Delaware corporation with its principal place of business in California has authorized and agreed to have Rodger R. Cole, a partner at Fenwick & West LLP and its lead counsel, accept service of the summons and complaint in this action on its behalf, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure;

WHEREAS, since approximately December 26, 2007 through the present, Rodger R. Cole and James A. Quadra of Moscone, Emblidge & Quadra LLP, Rebecca Bedwell-Coll and Michael W. Sobol of Lieff Cabraser Heimann and Bernstein LLP, lead counsel for Plaintiffs CREATE-A-CARD, INC., AGSJ, INC. and PHILANTHROPIC FOCUS, LLC ("Plaintiffs"), have engaged in multiple settlement communications by email and telephone to resolve this dispute to avoid formal litigation;

WHEREAS, in furtherance of the parties' good faith settlement efforts Defendant has provided Plaintiff informal discovery, including information on the efforts made by Defendant to identify and resolve issues concerning its 2006 QuickBooks Pro for MacIntosh customers;

WHEREAS, the parties have agreed to and are scheduled to mediate the case before the Honorable Edward A. Infante (Ret.) at JAMS on **February 21, 2008**;

WHEREAS, the parties have agreed Defendant shall have additional time to respond to the Complaint in light of the February 21, 2008 mediation and the parties' ongoing settlement efforts;

WHEREAS, the initial Case Management Conference has been set for **March 27, 2008** in the above-entitled action pursuant to the Court's December 21, 2007 Order Setting Initial Case Management Conference and ADR Deadlines ("December 21, 2007 Order");

WHEREAS, pursuant to the December 21, 2007 Order, the parties' last day to file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is **March 20, 2008**;

WHEREAS, pursuant to the December 21, 2007 Order, the parties' last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and

parties' last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is **March 6, 2008**;

WHEREAS, the parties intend to continue their good faith efforts to settle this dispute without incurring additional attorneys' fees and costs;

WHEREAS, the parties in good faith believe that continuing Defendant's response date to the Complaint, and the initial case management conference and related deadlines would allow the parties to continue focusing on their settlement discussions and would assist in facilitating settlement of this matter;

WHEREAS, the parties in good faith believe that continuing Defendant's response date to the Complaint, and the initial case management conference and related deadlines set forth above would maximize judicial economy and this Court's time;

ACCORDINGLY, Plaintiffs and Defendant, by and through their counsel of record, all subject to the approval of this Court, hereby stipulate as follows:

1. Service of process under FRCP 4 on INTUIT has been accomplished by e-mails to Mr. Cole's e-mail address, rcole@fenwick.com, sent on December 29, 2007 and January 14, 2008. Such service shall be as effective as personal delivery and sufficient to confer personal jurisdiction of this Court over INTUIT. *See* Declaration of Rodger R. Cole and Proof of Service executed by James A. Quadra filed herewith.

2. INTUIT's response to the Complaint shall be served and filed no later than March 25, 2008, thirty-five days (35) after the mediation scheduled to commence on February 21, 2008.

3. The parties stipulate to extend the initial Case Management Conference and related deadlines as follows:

| **Deadline** | **Event** |
| --- | --- |
| April 10, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| April 10, 2008 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| April 24, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures |

|   |   |
|---|---|
| | or state objection in Rule 26(f) Report and file Case Management Statement |
| May 1, 2008, 11:00 p.m. | Initial Case Management Conference |

4.     If the parties do not settle this case at the February 21, 2008 mediation, but the parties' good faith settlement efforts are ongoing thereafter, the parties shall promptly meet and confer to discuss whether to request that the court further extend the deadline for Defendant to respond to the Complaint, the initial Case Management Conference and related deadlines, all of which shall be subject to approval by the Court.

MOSCONE, EMBLIDGE & QUADRA, LLP

DATED: January ___, 2008          By_____/s/_____
                                              James A. Quadra

Attorneys for Plaintiffs CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC

FENWICK & WEST, LLP

DATED: January ___, 2008          By____/s/ Rodger R. Cole_____
                                              Rodger R. Cole

Attorneys for Defendant INTUIT, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Rodger R. Cole, indicated by a "conformed" signature (/s/) within this efiled document.

MOSCONE, EMBLIDGE & QUADRA, LLP

DATED: January ___, 2008          By_____/s/_____
                                          James A. Quadra

Attorneys for Plaintiffs CREATE-A-CARD, INC.;
AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4 Dated: January __, 2008  By:_____
     The Honorable William H. Alsup
5     1. United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28