1  James A. Quadra (SBN 131084)
   Robert D. Sanford (SBN 129790)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
   220 Montgomery Street, Ste. 2100
3  San Francisco, California 94104
   Telephone:  (415) 362-3599
4  Facsimile:  (415) 362-2006
   Email:  quadra@meqlaw.com
5
   Michael W. Sobol (SBN 194857)
6  LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
7  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
8  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
9  Email:  msobol@lchb.com
   Email:  jsagafi@lchb.com
10
   Jonathan D. Selbin (SBN 170222)
11 Rebecca Bedwell-Coll (SBN 184468)
   LIEFF, CABRASER, HEIMANN &
12    BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
13 New York, NY  10017-2024
   Telephone:   (212) 355-9500
14 Facsimile:   (212) 355-9592
   Email:  jselbin@lchb.com
15 Email:  rbcoll@lchb.com

16 *Attorneys for Plaintiffs and proposed Class*

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20 | CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated, | Case No.  3:07-CV-06452-WHA |
|---|---|
| | **<u>CLASS ACTION</u>** |
| Plaintiffs, | **PROOF OF SERVICE OF PROCESS** |
| v. | |
| INTUIT INC., | |
| Defendant. | |

Proof of Service of Process               1              Case No. 3:07-CV-06452-WHA

1    The undersigned, James A. Quadra, declares:

2    1.    I am an attorney licensed to practice law in California, a partner at Moscone, Emblidge & Quadra, LLP, counsel for Plaintiffs CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC. I have personal knowledge of all matters set forth below and am competent to testify thereto.

2.    On December 29, 2007, pursuant to a stipulation with Rodger R. Cole of Fenwick & West LLP, attorneys for Defendant INTUIT INC., I served the following documents on INTUIT by emailing the documents to him at rcole@fenwick.com. The documents served were:

- Complaint against INTUIT INC., filed December 21, 2007 [Docket # 1];
- Civil Cover Sheet, Form JS-44, filed December 21, 2007 [Docket # 1, Attachment # 1];
- Order Setting Initial Case Management Conference and ADR Deadlines filed December 21, 2007 [Docket # 2];
- Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup, filed December 21, 2007 [Docket # 3];
- Standing Order of All Judges of Northern District of California, filed December 21, 2007 [Docket # 3, Attachment # 1].

3.    In addition, on January 14, 2008, I emailed Mr. Cole the local court form regarding an election to appear before a Magistrate Judge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 18, 2008            /s/
                                            James A. Quadra