James A. Quadra (SBN 131084)
Robert D. Sanford (SBN 129790)
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006
Email: quadra@meqlaw.com

Michael W. Sobol (SBN 194857)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: jsagafi@lchb.com

Jonathan D. Selbin (SBN 170222)
Rebecca Bedwell-Coll (SBN 184468)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jselbin@lchb.com
Email: rbcoll@lchb.com

*Attorneys for Plaintiffs and proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. 3:07-CV-06452-WHA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RODGER R. COLE RE: PROOF OF SERVICE OF PROCESS** |

The undersigned, Rodger R. Cole, Esq., declares as follows:

1. I am an attorney licensed to practice law in California and a partner at Fenwick and West LLP, counsel for Defendant INTUIT INC., ("INTUIT"). I have personal knowledge of all matters set forth below and am competent to testify thereto.

2. INTUIT is a Delaware corporation with its principal place of business in California. I am authorized by INTUIT to accept service of the summons and complaint in this action on behalf of INTUIT, pursuant to Federal Rule of Civil Procedure ("FRCP") 4(h)(1)(B). INTUIT accepts service of process under FRCP 4 by e-mail to my e-mail address, rcole@fenwick.com, which shall be as effective as personal delivery and sufficient to confer personal jurisdiction of this Court over INTUIT.

3. On December 29, 2007, James A. Quadra, counsel for Plaintiffs CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, served the following documents on INTUIT by emailing the documents to me at rcole@fenwick.com. I stipulated that such service would comply with FRCP 4 and confer personal jurisdiction of this Court over INTUIT. The documents served were:

- Complaint against INTUIT INC., filed December 21, 2007 [Docket # 1];;
- Civil Cover Sheet, Form JS-44, filed December 21, 2007 [Docket # 1, Attachment # 1];
- Order Setting Initial Case Management Conference and ADR Deadlines, filed December 21, 2007 [Docket # 2];
- Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup, Document 3 filed December 21, 2007 [Docket # 3];
- Standing Order of All Judges of Northern District of California, filed December 21, 2007 [Docket # 3, Attachment # 1].

4. In addition, Mr. Quadra emailed me the local court form regarding an election to appear before a Magistrate Judge on January 14, 2008.

[Signature on following page.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 18, 2008                             /s/
                                                                    Rodger R. Cole

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, Rodger R. Cole, indicated by a "conformed" signature (/s/) within this efiled document.

MOSCONE, EMBLIDGE & QUADRA, LLP

DATED: January 18, 2008            By                 /s/
                                                              James A. Quadra

Attorneys for Plaintiffs CREATE-A-CARD, INC.;
AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC