IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., AND PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all hose similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTUIT INC.,<br><br>    Defendant. | No. C 07-06452 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Good cause not shown, the Court **DENIES** delaying the case management conference for five weeks.

**IT IS SO ORDERED.**

Dated: January 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE