1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   JENNIFER L. KELLY (CSB NO. 193416)
7  jkelly@fenwick.com
   MARYBETH MILIONIS (CSB NO. 238827)
8  mmilionis@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA  94104
10 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
11
   Attorneys for Defendant
12 INTUIT INC.

13

                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17
   CREATE-A-CARD, INC.; AGSJ, INC.;            Case No.  CV 07-06452 WHA
18 and PHILANTHROPIC FOCUS, LLC, on
   behalf of themselves and all those similarly **DEFENDANT INTUIT INC.'S**
19 situated,                                    **CERTIFICATION OF INTERESTED**
                                                **PARTIES**
20                Plaintiffs,

21       v.

22 INTUIT INC.,

23                Defendant.

24

25       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

26 named parties, there is no such interest to report.

27

28

   CERTIFICATION OF INTERESTED                  CASE NO.  CV 07-06452 WHA
   PARTIES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| Dated: March 6, 2008 | FENWICK & WEST LLP |
| | By: /s/ Rodger R. Cole |
| |       Rodger R. Cole |
| | Attorneys for Defendant |
| | INTUIT INC. |

16319/40031/LIT/1281385.1

CERTIFICATION OF INTERESTED PARTIES

CASE NO. CV 07-06452 WHA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW