RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARYBETH MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. CV 07-06452 WHA<br><br>**ADR CERTIFICATION BY DEFENDANT AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" from the Court's ADR Internet site;

1  (2) discussed the available dispute resolution options provided by the Court and private entities; and

(3) considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 6, 2008                    INTUIT INC.

By:   /s/ Karen P. Anderson
      Karen P. Anderson

Assistant General Counsel for Defendant INTUIT INC.

Dated: March 6, 2008                    FENWICK & WEST LLP

By:   /s/ Rodger R. Cole
      Rodger R. Cole

Attorneys for Defendant INTUIT INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I, Rodger R. Cole, hereby attest that I have obtained concurrence of the signatory, Karen P. Anderson, indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s Rodger R. Cole
      Rodger R. Cole

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of March, 2008 at Mountain View, California.

Dated: March 6, 2008                    FENWICK & WEST LLP

By:   /s/ Rodger R. Cole
      Rodger R. Cole

Attorneys for Defendant INTUIT INC.

CERTIFICATION OF INTERESTED PARTIES                     CASE NO. CV 07-06452 WHA

2