Rodger R. Cole (CSB NO. 178865)
Songmee L. Connolly (CSB NO. 228555)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: rcole@fenwick.com
Email: sconnolly@fenwick.com

Jennifer L. Kelly (CSB NO. 193416)
Marybeth Milionis (CSB NO. 238827)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
Email: jkelly@fenwick.com
Email: mmilionis@fenwick.com

Attorneys for Defendant
INTUIT INC.

**[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>INTUIT INC.,<br><br>              Defendant. | Case No.  3:07-CV-06452-WHA<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, Defendant INTUIT INC. ("Defendant or "Intuit") and Plaintiffs CREATE-A-CARD, INC., AGSJ, INC. and PHILANTHROPIC FOCUS, LLC ("Plaintiffs") (collectively, the "Parties"), hereby submit the following Stipulated Request for Order Changing Time. The Parties stipulate and respectfully request the Court for: (1) a continuance of the initial Case Management Conference from March 27, 2008 to April 10, 2008 (or the first available Court day thereafter to hold the initial Case Management Conference); (2) a continuance of the deadline for the Parties to exchange initial disclosures, and file the joint Case Management Conference Statement and Rule 26(f) Report from March 20, 2008 to April 3, 2008 (or seven (7) days prior to the continued initial Case Management Conference) ; and (3) a continuance of Intuit's deadline to respond to the complaint from March 25, 2008 to April 24, 2008 (or fourteen (14) days after the continued initial Case Management Conference).

**DISCUSSION**

**I.      Reasons for Requested Enlargement in Time.**

The Parties submit there is good cause to grant the foregoing request for changes in time due to: (1) the likely inability of Defendant's lead trial counsel, Rodger Cole, to attend the March 27, 2008 initial Case Management Conference due to the impending birth of his child; and (2) the ongoing concerted negotiations and efforts by the Parties to reach a settlement of this case with the assistance of JAMS mediator, The Honorable Edward A. Infante (Ret.).

On December 21, 2007, Plaintiffs filed this class action complaint against Intuit. Immediately thereafter the Parties engaged in settlement negotiations to resolve the dispute on a class-wide basis without the need for active litigation. *See* Declaration of Rodger Cole ("Cole Decl.") filed herewith at ¶ 2; *see also* Stipulation Re: Service of Process and Continuing Response Date to Complaint, Initial Case Management Conference and Related Deadlines filed on January 22, 2008 [Docket #5] ("January 22, 2008 Stipulation").

On February, 21, 2008 the Parties conducted an all-day mediation before the Honorable Edward A. Infante (Ret.) at JAMS, during which the parties, *inter alia*, discussed the merits and complexities of the class claims, debated the appropriate compensation for the purported class, and exchanged multiple term sheets in trying to reach a proposed settlement. Cole Decl. ¶ 3.

Although final settlement terms were not reached at the mediation, for over a week and a half following the February 21 mediation, the Parties continued their settlement negotiations in earnest. *Id*. ¶ 4. On March 4, 2008, the Parties held a follow-up telephonic mediation session with Judge Infante. *Id*. ¶ 5. Later that evening Intuit submitted a written counter-proposal to Plaintiffs that was followed by further correspondence and exchanges of information to advance settlement discussions. *Id*. On March 11, 2008, Judge Infante contacted Intuit, informing Intuit that Plaintiffs would be submitting a written counter-offer. *Id*. ¶ 6. Although the Parties are still engaged in settlement negotiations, they have made significant progress towards reaching a proposed settlement in this case for the benefit of the class and for preliminary approval for the Court. *Id*. ¶ 7. Judge Infante also remains actively involved to help assist the Parties in reaching such settlement terms. *Id*.

To date, Intuit has also provided Plaintiffs significant amounts of informal discovery to further the settlement efforts by the Parties. *Id*. ¶ 8. Such information includes, without limitation: the total number of all known affected QuickBooks Pro 2006 for Mac customers (i.e., potential class members); extensive details concerning the cause, discovery and resolution of the malfunction in the QuickBooks Pro 2006 for Mac software related to the desktop deletion issues alleged in the complaint; full disclosure of the steps Intuit has taken to fix and prevent a recurrence of the issue; the outreach and compensation Intuit has provided its customers to date; the status of all known affected customers; and the strengths of Intuit's legal position with respect to the claims alleged in the class action complaint. *Id*. Plaintiffs have also informally provided Intuit information related to the claims of potential class members to further facilitate settlement negotiations. *Id*. ¶ 9.

The foregoing negotiations and informal discovery exchanges have been productive and the Parties anticipate that they are progressing toward reaching a settlement that is fair, adequate and reasonable to the purported class. *Id*. ¶ 7. Hopeful that such a result can be reached, and that the time and expenses to litigate this action can be avoided, the Parties previously stipulated to extend Intuit's response date to the Complaint to March 25, 2008. *See* January 22, 2008 Stipulation ¶ 2. For the same reasons, the Parties request a further continuance of Intuit's

1  response date to the Complaint, as well as a brief continuance of the initial Case Management
2  Conference and remaining related deadlines.
3  　　　Additionally, Intuit's lead trial counsel, Rodger Cole, is expecting the birth of his child on
4  March 19, 2008.  *See* Cole Decl. ¶ 10.  It is uncertain at this time whether the baby will be born
5  before, on or after March 19, 2008, but it is possible that Mr. Cole will be unavailable to attend
6  the March 27, 2008 Case Management Conference if his wife is in labor and/or is hospitalized
7  during that time.[1]  Accordingly, the Parties request a short continuance of the initial Case
8  Management Conference and the remaining related deadlines to accommodate Mr. Cole's
9  anticipated paternity leave and absence.
10 　　　Accordingly, the Parties request the following continuances so that the Parties can
11 continue to focus on conducting, and hopefully concluding, their settlement efforts, as well as to
12 take into account the possibility that Defendant's lead trial counsel will be unavailable to attend
13 the March 27, 2008 initial Case Management Conference:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial Case Management Conference | March 27, 2008, 11:00 a.m. | April 10, 2008, 11:00 a.m. [or the next available Court date] |
| Deadline for Defendant to respond to Complaint | March 25, 2008 | April 24, 2008 [or fourteen (14) days after the continued initial Case Management Conference] |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | March 20, 2008 | April 3, 2008 [or seven (7) days prior to the continued initial Case Management Conference] |

---

[1] Although it is possible that Mr. Cole's child may be born as early as this week (thereby allowing his participation at the March 27, 2008 Case Management Conference), the Parties submit this request at this time because Civil Local Rule 6.1(b) requires the Parties' request be filed no later than 10 days prior to the March 27, 2008 Case Management Conference, or March 13, 2008.

Stipulated Request for Order Changing Time　　　4　　　Case No. 3:07-CV-06452-WHA

**II.     Prior Time Modifications In This Case.**

The Parties previously stipulated that Intuit may file its responsive pleading by March 25, 2008. The Parties also previously stipulated to a continuance of the March 27, 2008 initial case management conference and related deadlines, but this request was denied by the Court on January 23, 2008. *See* January 22, 2008 Stipulation and January 23, 2008 Order Denying Stipulation to Continue Case Management Conference and Related Deadlines [Docket #8].

**III.    Effect the Requested Time Modification Would Have on the Schedule for the Case.**

The Parties do not believe that the requested time modification would affect the schedule for the case. The case is not yet at issue and no schedule has been set.

Dated: March 12, 2008                    Respectfully submitted,

                                         FENWICK & WEST LLP


                                         By:      /s/ Rodger R. Cole
                                                    Rodger R. Cole
                                         Attorneys for Defendant
                                         INTUIT INC.


Dated: March 12, 2008                    MOSCONE, EMBLIDGE & QUADRA, LLP


                                         By:      /s/ James A. Quadra

                                         James A. Quadra (SBN 131084)
                                         Robert D. Sanford (SBN 129790)
                                         MOSCONE, EMBLIDGE & QUADRA, LLP
                                         220 Montgomery Street, Ste. 2100
                                         San Francisco, California 94104
                                         Telephone:    (415) 362-3599
                                         Facsimile:    (415) 362-2006
                                         Email: quadra@meqlaw.com

                                         Michael W. Sobol (SBN 194857)
                                         Lieff, Cabraser, Heimann & Bernstein, LLP
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA  94111-3339
                                         Telephone:    (415) 956-1000
                                         Facsimile:    (415) 956-1008
                                         Email: msobol@lchb.com
                                         Email: jsagafi@lchb.com

1  
2  
3  
4  
5  

Jonathan D. Selbin (SBN 170222)  
Rebecca Bedwell-Coll (SBN 184468)  
Lieff, Cabraser, Heimann & Bernstein, LLP  
780 Third Avenue, 48th Floor  
New York, NY  10017-2024  
Telephone:   (212) 355-9500  
Facsimile:   (212) 355-9592  
Email:  jselbin@lchb.com  
Email:  rbcoll@lchb.com  

6  
7  

Attorneys for Plaintiffs and proposed Class  
CREATE-A-CARD, INC.; AGSJ, INC.; and  
PHILANTHROPIC FOCUS, LLC  

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the signatory, James A. Quadra, indicated by a "conformed" signature (/s/) within this efiled document.

Dated: March 12, 2008                                    FENWICK & WEST LLP

By:     /s/ Rodger R. Cole
                Rodger R. Cole

Attorneys for Defendant
INTUIT INC.

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated: March __, 2008                    By: _____
5                                             The Honorable William H. Alsup
                                              United States District Court Judge
6

7

8  16319/40031/LIT/1281759.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28