Rodger R. Cole (CSB NO. 178865)
Songmee L. Connolly (CSB NO. 228555)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: rcole@fenwick.com
Email: sconnolly@fenwick.com

Jennifer L. Kelly (CSB NO. 193416)
Marybeth Milionis (CSB NO. 238827)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350
Email: jkelly@fenwick.com
Email: mmilionis@fenwick.com

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>INTUIT INC.,<br><br>                    Defendant. | Case No.  3:07-CV-06452-WHA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RODGER COLE IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1  I, Rodger R. Cole, declare as follows:

2  1. I am a partner with the law firm of Fenwick & West LLP, and lead trial counsel for Defendant INTUIT INC. in this action. I submit this declaration in support of the parties' Stipulated Request for Order Changing Time. I make the following statements based upon my personal knowledge and, if called upon to testify, would testify competently to the matters contained herein.

3  2. This action was filed by Plaintiffs on December 21, 2007. Since Intuit learned of the class action complaint, I have been engaged in ongoing settlement discussions and written email exchanges with Plaintiffs' counsel James A. Quadra of Moscone, Emblidge & Quadra LLP, as well as with Rebecca Bedwell-Coll, Michael W. Sobol and Jonathan Selbin of Lieff Cabraser Heimann and Bernstein LLP, lead counsel for Plaintiffs CREATE-A-CARD, INC., AGSJ, INC. and PHILANTHROPIC FOCUS, LLC ("Plaintiffs"). The parties are seeking to settle this matter on a class-wide basis to avoid the expense of formal litigation and for the benefit of the putative class of affected Intuit customers.

4  3. On February, 21, 2008 the parties conducted an all-day mediation before the Honorable Edward A. Infante (Ret.) at JAMS during which the parties discussed the merits and complexities of the class claims, debated the appropriate compensation for the purported class, and exchanged multiple term sheets in trying to reach a proposed settlement.

5  4. The parties did not agree on final settlement terms at the February 21, 2008 mediation. However, for over a week and a half following the mediation, I continued the parties' settlement negotiations via phone conversations and email exchanges with Jim Quadra, lead trial counsel for Plaintiffs.

6  5. On March 4, 2008, the parties participated in a follow-up telephonic mediation session with Judge Infante. Later that evening Intuit submitted a written counter-offer to Plaintiffs. The parties subsequently had further email exchanges and shared requested information to advance the settlement negotiations.

///

///

6. On the morning of March 11, 2008, Judge Infante contacted me, informing me that Plaintiffs would be submitting a written counter-offer to Intuit's latest offer.

7. Thus, to date, the parties are still actively engaged in settlement negotiations and I believe the parties have made and continue to make significant progress towards reaching a proposed settlement in this case for the benefit of the class and for preliminary approval for the Court. Judge Infante also remains involved to help assist the Parties in reaching such settlement terms.

8. Intuit has provided Plaintiffs with significant informal discovery in order to facilitate and advance the parties' settlement discussions and negotiations. Such information includes without limitation, the total number of all affected QuickBooks Pro 2006 for Mac customers (i.e., potential class members) known by Intuit; extensive details concerning the cause, discovery and resolution of the malfunction in the QuickBooks Pro 2006 for Mac software related to the desktop deletion issues alleged in the complaint; full disclosure of the steps Intuit has taken to fix and prevent a recurrence of the issue; the outreach and compensation Intuit has provided its customers to date; the data loss status of all known affected Intuit customers; and the strengths of Intuit's legal position with respect to the claims alleged in the complaint.

9. Plaintiffs have also provided Intuit with informal discovery related to the claims of potential class members. Such information includes without limitation, the class representatives' position regarding the impact the malfunction had on the class, the strength of the class representatives' legal arguments, the recovery available to the class, and information about the damages claims received from individual class members.

10. My wife is currently pregnant with our second child; the baby's due date is March 19, 2008. Because of our baby's impending birth (and the fact that our first child was born one week after the expected due date), I am uncertain at this time whether or not I will be available to attend the March 27, 2008 Case Management Conference. It is possible that I may be at the hospital and/or on paternity leave at that time.

///

///

1     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this 12th day of March, 2008 in Mountain View, California.

                                            /s/ Rodger R. Cole
                                                Rodger R. Cole