IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CREATE-A-CARD INC., AGSJ, INC., and
PHILANTHROPIC FOCUS, LLC, on behalf
of themselves and all others similarly situated,

    Plaintiffs,

 v.

INTUIT INC.,

    Defendant.

No. C 07-06452 WHA

**ORDER DENYING STIPULATED REQUEST FOR ORDER CHANGING TIME**

In order to accommodate Mr. Cole, the case management conference will be **ADVANCED** to **MARCH 20, 2008, AT 11:00 A.M.** The Court is reluctant to continue the case management conference in light of the parties' representations that this is a class case in which a class settlement is already being negotiated. The parties may benefit from learning the Court's words of caution on class settlements. Subject to further order, the case management conference will be held on **MARCH 20, 2008, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: March 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE