1  James A. Quadra (SBN 131084)
   Robert D. Sanford (SBN 129790)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
   220 Montgomery Street, Ste. 2100
3  San Francisco, California 94104
   Telephone:  (415) 362-3599
4  Facsimile:  (415) 362-2006
   Email:  quadra@meqlaw.com
5
   Michael W. Sobol (SBN 194857)
6  LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
7  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
8  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
9  Email:  msobol@lchb.com
   Email:  jsagafi@lchb.com
10
   Jonathan D. Selbin (SBN 170222)
11 Rebecca Bedwell-Coll (SBN 184468)
   LIEFF, CABRASER, HEIMANN &
12     BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
13 New York, NY  10017-2024
   Telephone:   (212) 355-9500
14 Facsimile:   (212) 355-9592
   Email:  jselbin@lchb.com
15 Email:  rbcoll@lchb.com

16 *Attorneys for Plaintiffs and proposed Class*

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO/OAKLAND DIVISION

21 CREATE-A-CARD, INC.; AGSJ, INC.;          Case No.  3:07-CV-06452-WHA
   and PHILANTHROPIC FOCUS, LLC, on
22 behalf of themselves and all those similarly
   situated,                                 **CLASS ACTION**
23
                      Plaintiffs,            **PLAINTIFFS' CERTIFICATE OF**
24                                           **INTERESTED PARTIES**
           v.
25
   INTUIT, INC.,
26
                      Defendant.
27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

2  named parties, there is no such interest to report.

3                                            MOSCONE, EMBLIDGE & QUADRA LLP

4

5  DATED:  March 18, 2008                    By_____/s/_____

6                                                  Robert D. Sanford

7                                            Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28