# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: <u>March 20, 2008</u>

Case No.  <u>C 07-6452WHA</u>

Title: Create-A-Card, Inc. v. Intuit, Inc.

Plaintiff Attorneys: James Quadra

Defense Attorneys: Rodger Cole and Songmee Connolly

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: <u>Lydia Zinn</u>

## **PROCEEDINGS**

1)  <u>CMC - Held.</u>

2) _____

**ORDERED AFTER HEARING:**    Scheduling deadlines set with an order to be issued by the Court.