# Software License Agreement

**QuickBooks® New User Edition for Mac and QuickBooks® Pro Edition 2006 for Mac Software License Agreement**

Software is defined as the Intuit computer program with which this Software License Agreement is included and any updates or maintenance releases thereto. The use by you of any services or content accessible through the Software may be subject to your acceptance of separate agreements with Intuit or third parties. This Agreement applies to the: (i) trial; (ii) single-user license; and (ii) Original Equipment Manufacturer ("OEM") versions of the Software and other branded or customized versions unless otherwise agreed. Do not use the Software until you have carefully read the following Agreement. This Agreement sets forth the terms and conditions for licensing of the Software from Intuit to you, and using the Software indicates that you have read and understand this Agreement and accept its terms and conditions. If you purchased the Software from a retail store or directly from Intuit or other Intuit-authorized distribution channel, and do not agree with this Agreement, promptly return the Software and accompanying items to the place of purchase, or as provided below, within sixty (60) days of purchase with a dated receipt for a full refund. If the Software was pre-installed on your computer or disks came packaged with your computer at no extra charge, and if you do not agree with this Agreement, delete or do not use the Software.

**License and Certain Restrictions**

**Trial Versions.** If you obtained a trial version of the Software, you are granted a limited non-exclusive license to use the trial version of the Software for 30 days after you install the trial version of the Software on a computer used by a single individual. Thereafter, you may purchase the right to use the appropriate full version of a single-user version of the Software which license terms are specified below, or by contacting Intuit or a reseller. You may not copy the printed materials accompanying the Software, if any, or print multiple copies of any user documentation. BY YOUR USE OF THE TRIAL VERSION OF THE SOFTWARE YOU UNDERSTAND AND AGREE THAT AFTER 30 DAYS, YOU MAY NOT BE ABLE TO CONTINUE TO ACCESS AND/OR USE THE TRIAL VERSION OF THE SOFTWARE OR ANY DATA YOU HAVE ENTERED INTO SUCH TRIAL VERSION OF THE SOFTWARE UNLESS YOU PURCHASE THE APPROPRIATE FULL VERSION OF THE SOFTWARE.

**Single-User License.** If you purchased a full, single-user license of the Software, you are granted a limited non-exclusive license to use the enclosed Software on the computer(s) used by a single individual. You may make one (1) backup copy of the Software solely for the purpose of reinstalling the Software, if needed, on the computer(s) used by the same single individual. You may not copy the printed materials accompanying the Software if any, or print multiple copies of any user documentation. Registration of the Software with Intuit after the approximate number of uses specified in the materials accompanying the Software and in accordance with Intuit's then-current privacy policies is required.

**Additional Terms.** Making additional copies of the Software, or enabling others to use your registration code(s), key code(s) or serial number(s), if any, is strictly prohibited. It is also prohibited to give copies to a person who has not purchased the appropriate license for the Software from Intuit; to disclose interfaces to the Software, to install the Software on computers used by individuals who have not purchased the appropriate licenses for the Software from Intuit; or to duplicate or distribute the Software by any other means including electronic transmission. The Software in its entirety is protected by the copyright laws. The Software also contains Intuit trade secrets, and you may not decompile, reverse engineer, disassemble, or otherwise reduce the Software to human-perceivable form or disable any functionality which limits the use of the Software. You may not modify, adapt, translate, rent or sublicense (including offering the Software to third parties on an applications service provider or time-sharing basis), assign, loan, resell, or distribute the Software, disk(s), or related materials or create derivative works based upon the Software or any part thereof. If

your company is, or substantially all of its assets are, acquired by or merged into another company or sole proprietorship, please contact Intuit regarding transferring your license to the new company. You may not network the Software. You may not copy or modify the Software in whole or part, or use trade secret information contained in the Software, to develop software to interface with the Software.

Intuit may provide you with a mechanism to provide feedback, suggestions and ideas, if you choose, about its products and services ("Feedback"). You agree that Intuit may, in its sole discretion, use the Feedback you provide to Intuit in any way, including in future modifications of QuickBooks, multimedia works and/or advertising and promotional materials relating thereto. You hereby grant Intuit a perpetual, worldwide, fully transferable, non-revocable, royalty free license to use, modify, create derivative works from, distribute and display any information you provide to Intuit in the Feedback.

**Termination; Sunset Policy**. This Agreement may be terminated by Intuit immediately and without notice if you fail to comply with any term or condition of this Agreement. Upon such termination, you must immediately destroy all complete and partial copies of the Software, including all backup copies. This Software is subject to a QuickBooks sunset or discontinuation policy ("Sunset Policy") and Intuit reserves the right to discontinue all support for the Software, and/or for any features, services or content accessible through the Software in accordance with such Sunset Policy. From time to time, Intuit may change the terms and conditions of this Agreement or Sunset Policy. Intuit will notify you of any such change. For the latest version of this Agreement or Sunset Policy, go to www.quickbooks.com, or such other site designated by Intuit. Your continued use of the Software will indicate your agreement to the change.

**Satisfaction Guaranteed**. If you are not 100% satisfied with this Software, Intuit's entire liability and your exclusive remedy shall be either:

(a) if you purchased the Software through a reseller or directly from Intuit or other Intuit-authorized distribution channel, delete the Software from your computer and (1) return the Software within sixty (60) days of purchase to the reseller where purchased with a dated receipt for a full refund. (If the reseller is unable to issue a refund, then you must return the Software with a dated receipt within sixty (60) days of purchase to Intuit Returns Department, PO Box 19004, Greenville, SC 29390-9004 for such refund); or (2) return the Software within sixty (60) days of purchase, with a dated receipt to Intuit Returns at the above address for replacement in case of a defective disk. If the disk is defective and you would like a replacement disk while this version is still commercially available after sixty (60) days from date of purchase, you may obtain a replacement by sending your defective disk and a check for the applicable amount published by Intuit (currently twenty dollars ($20) per replacement), plus applicable taxes, to Intuit at the address listed below. (For all orders shipped within the U.S., please add all applicable shipping and handling charges, state and local sales tax as well as tax on shipping and handling based on your shipping address; or

(b) if the Software was pre-installed on your computer when you bought it, or if disks came packaged with your computer at no extra charge, and the Software is defective or was installed improperly, you may obtain replacement disks from the company that manufactured your computer, at its option, by sending your request stating the nature of the problem, plus a copy of your dated receipt for the computer on which the Software was installed, to the manufacturer of the computer; or

(c) if you purchased the Software by downloading it to your computer from Intuit or an Intuit-authorized site, and the Software did not install properly, contact Intuit or the Intuit-authorized site for a replacement copy of the download site.

**DISCLAIMER OF WARRANTIES**. EXCEPT AS PROVIDED ABOVE, THIS SOFTWARE AND ANY RELATED SERVICES OR CONTENT ACCESSIBLE THROUGH THE SOFTWARE ARE PROVIDED "AS-IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, INTUIT DISCLAIMS ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, REGARDING THIS SOFTWARE, DISKS, RELATED MATERIALS AND ANY SUCH SERVICES OR CONTENT, INCLUDING THEIR FITNESS FOR A PARTICULAR PURPOSE, THEIR MERCHANTABILITY, OR THEIR NONINFRINGEMENT. INTUIT DOES NOT WARRANT THAT THE SOFTWARE OR ANY RELATED SERVICES OR CONTENT IS FREE FROM BUGS,

VIRUSES, ERRORS, OR OTHER PROGRAM LIMITATIONS NOR DOES INTUIT WARRANT ACCESS TO THE INTERNET OR TO ANY OTHER SERVICE OR CONTENT THROUGH THE SOFTWARE OR CONTINUED ACCESS TO THE TRIAL VERSION OF THE SOFTWARE OR TO THE DATA ENTERED INTO THE TRIAL VERSION OF THE SOFTWARE AFTER THE SPECIFIED PERIOD OF TIME FOR ALLOWED USE. SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO SIXTY (60) DAYS FROM THE DATE OF PURCHASE OF THE SOFTWARE. HOWEVER, SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY HAVE OTHER RIGHTS AS WELL, WHICH VARY FROM STATE TO STATE.

THIS PRODUCT AND ANY RELATED SERVICES OR CONTENT ARE DESIGNED TO OPERATE AND PROVIDE INFORMATION WITH THE UNDERSTANDING THAT INTUIT AND ITS REPRESENTATIVES (AS DEFINED BELOW) ARE NOT ENGAGED IN RENDERING LEGAL, ACCOUNTING OR OTHER PROFESSIONAL SERVICE. IF LEGAL ADVICE OR OTHER EXPERT ASSISTANCE IS REQUIRED, THE SERVICE OF A COMPETENT PROFESSIONAL SHOULD BE SOUGHT. INTUIT EXPRESSLY DISCLAIMS ANY REPRESENTATIONS OR WARRANTIES THAT YOUR USE OF THE SOFTWARE WILL SATISFY ANY STATUTORY OR REGULATORY OBLIGATIONS, OR WILL ASSIST WITH, GUARANTEE OR OTHERWISE ENSURE COMPLIANCE WITH ANY APPLICABLE LAWS OR REGULATIONS, INCLUDING BUT NOT LIMITED TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), THEGRAMM-LEACH-BLILEY ACT OF 1999, THE SARBANES-OXLEY ACT OF 2002, OR OTHER FEDERAL OR STATE STATUTES OR REGULATIONS. YOU ARE SOLELY RESPONSIBLE FOR ENSURING THAT YOUR USE OF THIS SOFTWARE, RELATED SERVICES OR CONTENT IS IN ACCORDANCE WITH APPLICABLE LAW. IT IS YOUR RESPONSIBILITY TO KEEP ABREAST OF CHANGES IN LAWS, REGULATIONS AND ACCOUNTING PRACTICES THAT AFFECT YOU AND YOUR BUSINESS.

**LIMITATION OF LIABILITY AND DAMAGE.** THE ENTIRE LIABILITY OF INTUIT AND ITS REPRESENTATIVES (AS DEFINED BELOW) FOR ANY REASON SHALL BE LIMITED TO THE AMOUNT PAID BY THE CUSTOMER FOR THE SOFTWARE UNLESS OTHERWISE SEPARATELY AGREED. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, INTUIT AND ITS SUBSIDIARIES, AFFILIATES, LICENSORS, PARTICIPATING FINANCIAL INSTITUTIONS, THIRD-PARTY CONTENT OR SERVICE PROVIDERS, DISTRIBUTORS, DEALERS OR SUPPLIERS ("REPRESENTATIVES") ARE NOT LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO: DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS OR INVESTMENT, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF INTUIT OR ITS REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. SOME STATES DO NOT ALLOW THE LIMITATION AND/OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN INTUIT AND YOU. INTUIT WOULD NOT BE ABLE TO HAVE PROVIDED THIS SOFTWARE OR SERVICES WITHOUT SUCH LIMITATIONS.

U.S. Government. The Software is a "commercial item," as that term is defined at 48 C.F.R. 2.101 (OCT 1995), consisting of "commercial computer software" and "commercial computer software documentation," as such terms are used in 48 C.F.R. 12.212 (SEPT 1995). Consistent with 48 C.F.R. 12.212 and 48 C.F.R. 227-7202-1 through 227-7202-4 (JUNE 1995), all U.S. Government End Users acquire the Software with only those rights set forth herein. Intuit Inc., P.O. Box 7850, Mountain View, CA 94039-7850.

**Export Restrictions.** You acknowledge and agree that the Software is subject to restrictions and controls imposed by the Export Administration Act of 1979, as amended, and the Export Administration Regulations there under ("the Acts"). You agree and certify that neither the Software nor any direct product thereof is being or will be used for any purpose prohibited by the Acts. You further agree and certify that neither the Software nor any direct product thereof will be exported to [i] the following countries which are currently subject to U.S. trade embargoes: Cuba, Iran, Iraq, North Korea, Libya, Sudan and Syria or [ii] persons or entities on the U.S. "Denied Persons List", "Specially Designated Nationals List" and "Entities List".

**General Provisions.** This Agreement sets forth Intuit's and its Representatives' entire liability and your exclusive remedy with respect to the Software. You acknowledge that this Agreement is a complete statement of the agreement between you and Intuit with respect to the Software, and that there are no other prior or contemporaneous understandings, promises, representations, or descriptions with respect to the Software.

This Agreement shall govern any services or content related to the Software, unless such services or content are subject to a separate written agreement between you and Intuit or its Representatives. However, the limitations of liability and disclaimer of warranties in this Agreement shall apply to Intuit and its Representatives with respect to such content or services except to the extent provided otherwise in a separate written agreement approved by Intuit between you and Intuit or the applicable Representative(s).

This Agreement does not limit any rights that Intuit may have under trade secret, copyright, patent, or other laws. The Representatives of Intuit are not authorized to make modifications to this Agreement, or to make any additional representations, commitments, or warranties binding on Intuit, other than in writing signed by an officer of Intuit. Accordingly, such additional statements are not binding on Intuit and you should not rely upon such statements. If any provision of this Agreement is invalid or unenforceable under applicable law, then it is, to that extent, deemed omitted and the remaining provisions will continue in full force and effect. The validity and performance of this Agreement shall be governed by California law (without reference to choice of law principles), except as to copyright and trademark matters, which are covered by federal laws. This Agreement is deemed entered into at Mountain View, California, and shall be construed as to its fair meaning and not strictly for or against either party.

**Consumer Information and Privacy.** For details about Intuit's privacy policies, please refer to the QuickBooks Privacy Statement contained either in the Software or on a website designated by Intuit. You agree to be bound by the applicable Intuit privacy policies.

**Health Information and Privacy.** If you intend to use the Software, related services and content in conjunction with the medical or health information of particular individuals, you acknowledge and agree that the Software, related services and content are not "HIPAA-ready" or "HIPAA-compliant" and will not assist with or ensure compliance with HIPAA, and that you are solely responsible for using the Software, related services and content in a manner consistent with all applicable federal and state privacy laws relating to medical or health information.

Intuit, the Intuit logo, QuickBooks, QuickBooks Pro, Quicken, TurboTax, ProSeries and Lacerte, among others, are registered trademarks and/or registered service marks of Intuit Inc. in the United States and other countries. Other parties' trademarks or service marks are the property of their respective owners and should be treated as such.

Apple, Macintosh, Mac and the Mac logo are trademarks of Apple Computer, Inc., registered in the United States and other countries. The "Built for Mac OS X" graphic is a trademark of Apple Computer, Inc., used under license.

Copyright © 2005 Intuit Inc. All rights reserved.
Intuit Inc.
P. O. Box 7850
Mountain View, CA 94039-7850

As of August 22, 2005