1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  SONGMEE CONNOLLY (CSB NO. 228555)
   sconnolly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   JENNIFER L. KELLY (CSB NO. 193416)
7  jkelly@fenwick.com
   MARY E. MILIONIS (CSB NO. 238827)
8  mmilionis@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
11
12 Attorneys for Defendant
   INTUIT INC.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>            Defendant. | Case No. CV 07-06452 WHA<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT BY DEFENDANT INTUIT INC. PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date:    N/A<br>Time:    N/A<br>Dept.:   Courtroom 9, 19th Floor<br>Judge:   The Honorable William H. Alsup |

[PROPOSED] ORDER ON INTUIT'S
MOTION TO DISMISS                                          Case No. CV 07-06452 WHA

Defendant Intuit Inc.'s ("Intuit's") Motion to Dismiss the First Amended Complaint of Plaintiffs Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus, LLC (collectively "Plaintiffs") came on regularly for hearing before this Court on June 26, 2008, at 8:00 A.M., in Courtroom 9, 19th Floor. Both Intuit and Plaintiffs were represented by counsel. After full consideration of the briefs in support and in opposition thereto, all other papers submitted in connection therewith, all other matters on file in this action and presented to the Court, and having heard the arguments of counsel,

IT IS HEREBY ORDERED that Intuit's Motion to Dismiss is **GRANTED**, and the claims in Plaintiffs' First Amended Complaint are **DISMISSED**.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Judge