RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
SONGMEE CONNOLLY (CSB NO. 228555)
sconnolly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

JENNIFER L. KELLY (CSB NO. 193416)
jkelly@fenwick.com
MARY E. MILIONIS (CSB NO. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>    Defendant. | Case No. CV 07-06452 WHA<br><br>**NOTICE OF CONTINUANCE OF HEARING ON INTUIT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 7-7(a)**<br><br>Date: July 31, 2008<br>Time: 8:00 A.M.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: The Honorable William H. Alsup |

NOTICE OF CONTINUANCE PURSUANT
TO LOCAL RULE 7-7(A)

Case No. CV 07-06452 WHA

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that the hearing on Defendant Intuit Inc.'s ("Intuit's") Motion

3  to Dismiss the First Amended Complaint of Plaintiffs Create-A-Card, Inc., AGSJ, Inc., and

4  Philanthropic Focus, LLC (collectively "Plaintiffs") originally noticed and scheduled for June 26,

5  2008, at 8:00 A.M. in the Courtroom of the Honorable William H. Alsup is hereby continued to

6  July 31, 2008, at 8:00 A.M., or as soon thereafter as the matter may be heard, pursuant to Local

7  Rule 7-7(a). Plaintiffs have not yet filed an opposition to Defendant's motion, the date for filing

8  of the opposition has not yet passed, and Plaintiffs' counsel has requested a continuance of the

9  hearing date. The parties have further agreed to the following briefing schedule: Plaintiffs'

10  opposition will be filed and served no later than July 3, 2008 and Defendant's reply will be filed

11  and served no later than July 17, 2008.

12  Dated: May 22, 2008             FENWICK & WEST LLP

13                                 By:     /S/ Rodger R. Cole

14                                      Rodger R. Cole

15                             Attorneys for Defendant INTUIT INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW