**United States District Court**
For the Northern District of California

1
2
3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5
6
7   CREATE-A-CARD, INC., et al.,                         No. C 07-06452 WHA

            Plaintiff,                              **CLERK'S NOTICE**
8                                                  **RESCHEDULING**
                                                   **MOTION HEARING**
9     v.

   INTUIT, INC.,
10
            Defendant.
11   _____/

12
   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
13   the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

14
            YOU ARE NOTIFIED THAT the Court has rescheduled Defendant's Motion to Dismiss for
15
   **August 7, 2008 at 8:00 a.m.,** before the Honorable William Alsup.  Please report to Courtroom 9,
16
   on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.
17
18
   Dated: July 7, 2008                              FOR THE COURT,
19
                                                  Richard W. Wieking, Clerk
20
                                                  By: _____
21                                                  Dawn K. Toland
                                                  Courtroom Deputy to the
22                                                  Honorable William Alsup
23
24
25
26
27
28