IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC.,<br><br>Defendant. | No. C 07-06452 WHA<br><br>**ORDER RE STIPULATED REQUEST TO SET DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL AND TO CONTINUE HEARING ON MOTION TO DISMISS AND DEADLINE FOR FILING OF MOTION FOR CLASS CERTIFICATION** |

The parties jointly request the following: (i) that they submit a joint motion for preliminary approval of settlement by August 22, 2008; (ii) that the hearing date for this joint motion be set on September 5, 2008, or any other date as convenient for the Court; (iii) that the current deadline to file a class certification brief be vacated and reset if necessary; and (iv) that the hearing date on Intuit's motion to dismiss shall be continued from August 7, 2008, until September 25, 2008.

The parties request is **GRANTED**. Nonetheless, the parties should still appear for a conference with the Court this **THURSDAY, AUGUST 7, 2008**, at **8:00 A.M.** Counsel should read and be familiar with *Kakani v. Oracle Corporation*, C 06-06493 WHA (Dkt. No. 72), and *Pfeiffer v. Zoran*, C 06-05503 (Dkt. No. 164). Counsel should also be prepared to answer questions about the proposed class settlement. Of its various concerns, the Court would have a hard time approving a claims-made settlement where class members who did not file claims

would "full and forever release" defendants "of and from any claim, duty, obligation, or cause of action, whether presently known or unknown, suspected or unsuspected, whether raised by claim, counterclaim, setoff or otherwise, that any of them may possess, relating to any and all claims that were alleged in the US Action or the Canadian Action, or otherwise relating to the Malfunction" (Dkt. No. 29 Exh. A).

**IT IS SO ORDERED.**

Dated: August 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE