UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No.  C07-6452 WHA

Title: Create-A Card v. Intuit

Plaintiff Attorneys:    James Quadra; Kristen Law

Defense Attorneys:     Roger Cole and Sogmee Connolly

Deputy Clerk: Frank Justiliano

Court Reporter:    Sahar McVickar

**PROCEEDINGS**

1)    Dft's Motion to Dismiss  - Held

2) 

**ORDERED AFTER HEARING:**

Court allowed motion to go off calendar due to settlement.   However, the Court instruct the parties on the Court's strict scrutiny on settlements.