IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, INC.,<br><br>Defendant. | No. C 07-06452 WHA<br><br>**ORDER RESETTING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

The hearing date for the motion for preliminary approval of settlement is continued from September 5, 2008, to **SEPTEMBER 11, 2008, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE