1  James A. Quadra (SBN 131084)
   Rebecca Bedwell-Coll (SBN 184468)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
   Mills Tower
3  220 Montgomery Street, Ste. 2100
   San Francisco, California 94104
4  Telephone: (415) 362-3599
   Facsimile: (415) 362-2006
5  Email: quadra@meqlaw.com
   Email: bedwell-coll@meqlaw.com
6
   Jonathan D. Selbin (SBN 170222)
7  Michael W. Sobol (SBN 194857)
   Kristen E. Law (SBN 222249)
8  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
9  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
10 Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
11 Email: jselbin@lchb.com
   Email: msobol@lchb.com
12 Email: klaw@lchb.com

13 *Attorneys for Plaintiffs and proposed Class*
   *Additional Counsel Listed on Signature Page*
14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, Inc.,<br><br>Defendant. | Case No. CV-07-6452 WHA<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING SETTLEMENT CLASS (3) APPROVING CLASS NOTICE; (4) APPOINTING CLASS COUNSEL; (5) APPOINTING INDEPENDENT CLAIMS ADMINISTRATOR; AND (6) SETTING FINAL APPROVAL HEARING DATE AND RELATED DATES**<br><br>Date: September 11, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9<br>Judge: Hon. William A. Alsup |

## NOTICE OF MOTION AND MOTION

Plaintiffs Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus, LLC, on their behalf and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Intuit Inc. ("Intuit"), by and through their undersigned counsel (collectively "the Parties"), request that this Court: (1) grant preliminary approval of the proposed Settlement Agreement; (2) provisionally certify the proposed nationwide settlement class and appoint Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus, LLC class representatives; (3) approve the settlement notice; (4) appoint Moscone, Emblidge, & Quadra, LLP and Lieff, Cabraser, Heimann, & Bernstein, LLP as Class Counsel; (5) appoint The Garden City Group, Inc. as the Independent Claims Administrator; and (6) schedule a formal fairness hearing on final settlement approval as the Court's calendar permits.

This motion is supported by Plaintiffs' Memorandum in Support of Preliminary Approval and by the supporting papers and exhibits filed herewith.

DATED this 22nd day of August, 2008.

Dated: August 22, 2008

Respectfully submitted,

By: _____/s/ Kristen E. Law_____
Kristen E. Law

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
Kristen E. Law, (SBN 222249)
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MOSCONE, EMBLIDGE & QUADRA, LLP
James A. Quadra (SBN 131084)
Rebecca Bedwell-Coll (SBN 184468)
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

1
2   LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
3   Jonathan D. Selbin (SBN 170222)
    780 Third Avenue, 48th Floor
4   New York, NY 10017-2024
    Telephone:  (212) 355-9500
5   Facsimile:  (212) 355-9592

6   *Attorneys for Plaintiffs and the Proposed Plaintiff Class*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James A. Quadra, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2008, at San Francisco, California.

Dated: August 26, 2008                MOSCONE, EMBLIDGE & QUADRA, LLP

                                      By:    /s/ James A. Quadra
                                             James A. Quadra

                                      Attorneys for Plaintiffs and Proposed Class