James A. Quadra (SBN 131084)
Rebecca Bedwell-Coll (SBN 184468)
MOSCONE, EMBLIDGE & QUADRA, LLP
Mills Tower
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006
Email: quadra@meqlaw.com

Michael W. Sobol (SBN 194857)
Kristen E. Law (SBN 222249)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com

Jonathan D. Selbin (SBN 170222)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jselbin@lchb.com

*Attorneys for Plaintiffs and proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, Inc.,<br><br>Defendant. | Case No. CV-07-6452 WHA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KRISTEN E. LAW IN SUPPORT OF PRELIMINARY SETTLEMENT APPROVAL** |

779375.1

DECLARATION OF KRISTEN E. LAW ISO
PRELIMINARY SETTLEMENT APPROVAL
CASE NO. CV-07-6452 WHA

I, Kristen E. Law, declare as follows:

1. I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of California and admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. LCHB is a national law firm with offices in San Francisco, New York, and Nashville. LCHB's practice focuses on complex and class action litigation involving product liability, consumer, employment, financial, securities, environmental, and personal injury matters. Attached hereto as Exhibit A is a true and correct copy of LCHB's current firm resume, showing some of the firm's experience in complex and class action litigation. This resume is not a complete listing of all cases in which LCHB has been Class Counsel or otherwise counsel of record.

3. LCHB has extensive experience in the litigation, trial and settlement of class actions in complex non-injury product defect cases. Cases in which LCHB has served as Class Counsel in defective products class actions include:

    a. *Grays Harbor Adventist Christian School v. Carrier Corporation*, No. CV05-5437 (W.D. Wash.) (nationwide settlement class involving defective furnaces, final approval granted in April 2008);

    b. *Richina v. Maytag Corp.*, Case No. CV025202 (San Joaquin County, California) (California settlement involving defective oven panels approved in December 2007);

    c. *Weekend Warrior Trailer Cases*, Judicial Coordination Proceeding No. 4455 (Orange County, CA) (nationwide settlement class involving defective recreational trailers);

    d. *Lundell v. Dell, Inc.*, No. C05-3970 JW/RS (N.D. Cal.) (nationwide settlement class involving defective computers approved in 2006);

e. *Kan v. Toshiba America Information Systems, Inc.*, No. BC327273 (Los Angeles County, California) (nationwide settlement class involving defective computers approved in 2006);

f. *Behr Wood Sealant Cases*, JCCP Nos. 4132 & 4138 (San Joaquin County, California) (nationwide settlement class involving defective wood sealant approved in 2003);

g. *Richison v. American Cemwood Corp.*, Civil Action No. 005532 (San Joaquin County, California) (nationwide litigation class involving defective shingles certified and upheld on writ review; nationwide settlement classes approved in 2000 and 2003);

h. *Williams v. Weyerhaeuser Co.*, Civil Action No. 995787 (San Francisco County, California) (California litigation class involving defective siding certified in 1999 and nationwide settlement class approved in 2000);

i. *Delay v. Hurd Millwork Co.*, No. 972-073710 (Spokane County, Washington) (multi-state settlement class involving defective windows approved in 1998);

j. *Naef v. Masonite*, No. CV-94-4033 (Mobile County, Alabama) (nationwide litigation class certified in 1995, nationwide settlement class involving defective siding approved in 1998);

k. *Bettner v. Georgia-Pacific*, No. CV-95-3330-RGK (Mobile County, Alabama) (nationwide settlement class involving defective siding approved in 1998);

l. *ABS Pipe Cases II*, JCCP No. 3126 (Contra Costa County, California) (nationwide settlement classes involving defective pipes approved in 1998 through 2001);

m. *In re: Louisiana-Pacific Co. Inner-Seal Siding Litigation*, No. CV-95-879 JO-LEAD (U.S.D.C. Oregon) (nationwide settlement class involving defective siding approved in 1996);

      n.    *Cox v. Shell*, Civil No. 18,844 (Obion County, Tennessee) (nationwide settlement class involving defective polybutylene pipes approved in 1995).

4. All of the defective products cases described in paragraph 3 above have resulted in court-approved class action settlements, with a combined total recovery for class members exceeding $2 billion. LCHB's experience in these cases has provided LCHB's attorneys, including myself, with expertise in the legal, factual, management, notice, and administration issues that characterize product defect/property damage class actions.

5. The proposed settlement is the product of hard fought and arms-length settlement negotiations. I am informed and believe that meaningful settlement discussions began shortly after the filing of Plaintiffs' Complaint in December 2007 and culminated in an all-day arm's-length mediation before Judge Edward A. Infante (Ret.) at JAMS on February 21, 2008. My law partner, Jonathan D. Selbin, took an active role in the mediation with Judge Infante and continued to participate in ongoing settlement discussions until the Parties reached agreement on the substantive terms of the Settlement.

6. As counsel for the putative national class, LCHB is proud of the proposed settlement. It provides substantial and certain relief for the Class and avoids protracted and costly litigation. The relief is fair, adequate and reasonable.

7. I, on behalf of LCHB and Class Counsel, respectfully request that the Court grant preliminary approval on this substantial and significant settlement.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 22nd day of August, 2008, at San Francisco, CA.

_____
Kristen E. Law