1  James A. Quadra (SBN 131084)
   Rebecca Bedwell-Coll (SBN 184468)
2  MOSCONE, EMBLIDGE & QUADRA, LLP
   Mills Tower
3  220 Montgomery Street, Ste. 2100
   San Francisco, California 94104
4  Telephone: (415) 362-3599
   Facsimile: (415) 362-2006
5  Email: quadra@meqlaw.com

6  Michael W. Sobol (SBN 194857)
   Kristen E. Law (SBN 222249)
7  LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
8  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
9  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
10 Email: msobol@lchb.com

11 Jonathan D. Selbin (SBN 170222)
   LIEFF, CABRASER, HEIMANN &
12     BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
13 New York, NY  10017-2024
   Telephone:   (212) 355-9500
14 Facsimile:  (212) 355-9592
   Email: jselbin@lchb.com
15 Email: rbcoll@lchb.com

16 *Attorneys for Plaintiffs and proposed Class*
   *Additional Counsel Listed on Signature Page*

17                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>                     Plaintiffs,<br><br>        v.<br><br>INTUIT, Inc.,<br><br>                     Defendant. | Case No.  CV-07-6452 WHA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION** |

I, Jennifer M. Keough, declare as follows:

1. I am a Senior Vice President of The Garden City Group, Inc. ("GCG") and Managing Director of GCG's West Coast Regional Office. The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. Subject to Court approval, the parties in the above-captioned case selected GCG to serve as the Settlement Administrator in this action in order to implement the Notice program to the Settlement Class, administer claims and to perform all other functions of the Settlement Administrator in accordance with the terms of the Settlement.

3. GCG was established in January 1984 to administer settlements of class actions, mass tort litigation, SEC and FTC disgorgement actions, bankruptcies, and other major litigation. GCG has a considerable amount of experience in class action administration. In its more than 22-year history, our team has administered hundreds of settlements in complex cases, including some of the largest and most complex ever settled. In the last several years alone GCG has administered or is administering the following significant securities class action settlements:

   a. WorldCom Securities Litigation (S.D.N.Y.) $6.2 billion

   b. Lucent Technologies Inc. Securities Litigation (D.N.J.) $517 million

   c. Daimler/Chrysler AG Securities Litigation (S.D.N.Y.) $255 million

   d. Philip Morris Securities Litigation (S.D.N.Y.) $115 million

   e. Legato Securities Litigation (N.D. Cal.) $85 million

   f. Network Associates Litigation (N.D. Cal.) $70 million

   g. Gemstar-TV Guide International, Inc. Securities Litigation (C.D. Cal) $67.5 million

4. Some of the more significant cases that GCG has handled or is handling in the non-securities context include, but are not limited to:

   a. Visa Check/Mastermoney Antitrust Litigation (E.D.N.Y.) $3.2 billion

      b. Exxon Dealer Litigation (S.D. Fla.) $1.3 billion

      c. Johnson & Johnson Acuvue Settlement (Sup. Ct. N.J.) $800 million

      d. Auction Houses Antitrust Litigation (S.D.N.Y.) $512 million

      e. Tobacco Growers Antitrust Litigation (M.D.N.C.) $200 million

      f. Lease Oil Antitrust Litigation (S.D. Tex.) $194 million

      g. Menorah Gardens Cemetery Litigation (Cir. Ct. Broward County) $65 million

5. For more than twenty years, GCG has specialized in the design and implementation of notification campaigns for class action and bankruptcy proceedings. GCG has designed, implemented or consulted on many of the largest and highest profile legal notice communications programs for a wide range of class action and consumer matters that include product liability, construction defect, antitrust, asbestos, medical/pharmaceutical, human rights, securities, banking, insurance and bankruptcies. GCG's team has mailed over 150 million notices.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed on August 22, 2008, at Seattle, Washington.

                                                    _____/s/_____

                                                    JENNIFER M. KEOUGH