James A. Quadra (SBN 131084)
Rebecca Bedwell-Coll (SBN 184468)
MOSCONE, EMBLIDGE & QUADRA, LLP
Mills Tower
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006
Email:  quadra@meqlaw.com

Michael W. Sobol (SBN 194857)
Kristen E. Law (SBN 222249)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  msobol@lchb.com

Jonathan D. Selbin (SBN 170222)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:    (212) 355-9500
Facsimile:  (212) 355-9592
Email:  jselbin@lchb.com

*Attorneys for Plaintiffs and proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>            Defendant. | Case No.  CV 07-06452 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PRELIMINARY APPROVAL HEARING DATE**<br><br>Date:     September 25, 2008<br>Time:    8:00 A.M.<br>Dept.:    Courtroom 9, 19th Floor<br>Judge:   The Honorable William H. Alsup |

781374.1

STIPULATION AND [PROPOSED] ORDER
CASE NO.  CV 07-06452 WHA

1  Plaintiffs Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus, LLC (collectively
2  "Plaintiffs") and Defendant Intuit, Inc. (collectively the "Parties"), by and through their
3  undersigned counsel hereby, jointly request that the Court continue the hearing date for the
4  Parties' motion for preliminary settlement approval from September 18, 2008 to September 25,
5  2008.  The Parties make this request because Plaintiffs' counsel is unavailable on September 18,
6  2008 due to pre-existing obligations to appear in other matters that day.  The Parties further
7  request that the Court continue the hearing on Defendant's motion to dismiss from September 25,
8  2008 to October 9, 2008.
9      IT IS SO STIPULATED:

10 Dated: September 9, 2008                FENWICK & WEST LLP

11                                         By:    /S/ Rodger R. Cole
12                                                Rodger R. Cole

13                                         Rodger R. Cole
                                           Songmee Connolly
14                                         Silicon Valley Center
                                           801 California Street
15                                         Mountain View, CA  94041
                                           Telephone:   (650) 988-8500
16                                         Facsimile:    (650) 938-5200

17                                         Attorneys for Defendant INTUIT INC.

18 Dated: September 9, 2008                MOSCONE, EMBLIDGE & QUADRA, LLP

19                                         By:    /S/ James A. Quadra
20                                                James A. Quadra

21                                         James A. Quadra
                                           Rebecca Bedwell-Coll
22                                         220 Montgomery St., Ste. 2100
                                           San Francisco, CA  94104
23                                         Telephone:   (415) 362-3599
                                           Facsimile:    (415) 362-2006

24                                         Attorneys for Plaintiffs

25
26
27
28

| | |
|---|---|
| Dated: September 9, 2008 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | By: /S/ Kristen E. Law |
| | Kristen E. Law |
| | Kristen E. Law<br>275 Battery St., 30th Floor<br>San Francisco, CA  94111<br>Telephone:   (415) 956-1000<br>Facsimile:    (415) 956-1008 |
| | Attorneys for Plaintiffs |

## **ATTESTATION**

I attest that signatories Rodger Cole and Jim Quadra have concurred in the filing of this document on this date.

| | |
|---|---|
| Dated: September 9, 2008 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | By:        /S/ Kristen E. Law |
| | Kristen E. Law (State Bar No. 222249)<br>275 Battery St., 30th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 956-1000<br>Facsimile:   (415) 956-1008 |

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: September __, 2008

Hon. William H. Alsup
United States District Court Judge