IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTUIT, INC.,<br><br>    Defendant.<br>_____/ | No. C 07-06452 WHA<br><br>**ORDER RESETTING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

       The Court has received the parties' Stipulation and Proposed Order re: Preliminary Approval Hearing Date. The parties make this request stating that plaintiff's counsel is unavailable on the date presently set for the hearing, **September 18, 2008**, due to preexisting obligations. This representation does not provide good cause to continue the hearing, which was scheduled nearly two weeks prior to the parties' submission of the present stipulation. The proposed order is **DENIED**, without prejudice to the filing of a more detailed submission providing good cause for the requested continuance.

       **IT IS SO ORDERED.**

Dated: September 10, 2008

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE