# EXHIBIT 2
# FULL US NOTICE

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**YOUR RIGHTS WILL BE FORFEITED IF YOU DO NOT TIMELY RESPOND TO THIS NOTICE**

If you are a registered user of
*QuickBooks*® *Pro 2006 for Mac* or *QuickBooks*® *New User Edition 2006 for Mac* and your data or files became inaccessible or were damaged, corrupted, or lost, whether temporarily or permanently, as a result of a malfunction in the Software's auto-update mechanism
you may be entitled to compensation pursuant to a class action settlement.

*This is a court-authorized Notice. This is not a solicitation from a lawyer.*

- A worldwide settlement has been reached in the class action lawsuits about whether a malfunction in the auto-update mechanism in the *QuickBook*® *Pro 2006 for Mac* or *QuickBooks*® *New User Edition 2006 for Mac* software (the "Software") caused users' data or files to become inaccessible or damaged, corrupted, or lost, whether temporarily or permanently. As currently known to the parties and their counsel, you may have experienced desktop data deletion one of two ways: (1) accessing the Software between 9:30 p.m. (PST) on December 15, 2007, and 10:00 a.m. (PST) on December 17, 2007; or (2) accessing the Software before 10:00 a.m. (PST) on January 3, 2008, at a publicly available wireless network that requires payment for use. If you believe you have suffered desktop data deletion in another manner as a result of a malfunction in the auto-update mechanism in the Software, you may still submit a claim explaining the circumstances of the desktop data deletion and the reason you believe the desktop data deletion was caused by the auto-update mechanism in the Software.

- Intuit alleges that when Intuit learned of the issue in December 2007, it created a dedicated support team to assist affected customers, diligently investigated and identified the source of the issue, and ensured disablement of the auto-update mechanism in the Software to prevent any recurrence. Intuit believes this settlement builds upon Intuit's goal to reimburse affected customers for their data recovery efforts, to provide affected customers a free upgrade to QuickBooks® Pro 2007 for Mac, and to compensate affected customers for their data reconstruction efforts. The criteria for qualifying for settlement benefits are described in greater detail in this Notice.

- The Courts in charge of these lawsuits still have to decide whether to finally approve the settlement. Settlement benefits will be provided if the Courts finally approve the settlement and after appeals, if any, are resolved. Please be patient.

- Your legal rights are affected whether you act or don't act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT ||
|---|---|
| **Submit a claim form.** | The only way to get a reimbursement or upgrade. |
| **Exclude yourself.** | Get no payment. This is the only option that allows you to ever be part of another lawsuit against Intuit about the legal claims in this case. |
| **Object.** | Write to the Court and the parties' lawyers about why you don't like the settlement. If your objection is overruled, you will be provided another opportunity to exclude yourself. |
| **Go to a hearing.** | Ask to speak in Court about the fairness of the settlement. |
| **Do nothing.** | Get no payment. **THIS WILL BE A FORFEITURE OF YOUR RIGHTS IN THIS MATTER.** |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice..

**EXECUTION COPY**

**WHAT THIS NOTICE CONTAINS**

**BASIC INFORMATION** ............................................................................................................. 1
    1.    Why did I get a notice?
    2.    What are these lawsuits about?
    3.    Why are these lawsuits class actions?
    4.    Why is there a settlement?

**WHO IS INCLUDED IN THE SETTLEMENT?** ............................................................................... 2
    5.    How do I know if I am part of the settlement?
    6.    Which QuickBooks® products are included?
    7.    If I experienced desktop data deletion but recovered some or all of my files, am I still included?
    8.    If Intuit already reimbursed me or sent me a free upgrade, am I still included?
    9.    What if I have lost Mac desktop data, but not before January 3, 2008?
    10.    I'm still not sure if I am included.

**THE SETTLEMENT BENEFITS – WHAT YOU MAY GET** ............................................................. 3
    11.    What does the settlement provide?
    12.    Are there limits on the amount I can get?

**HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM** ..................................................... 4
    13.    How can I get a payment or free upgrade?
    14.    What if I already received payment or a free upgrade from Intuit?
    15.    What if my claim for reimbursement is disputed?
    16.    When would I get my payment or free upgrade?
    17.    What am I giving up to get a payment or stay in the Class?

**RELEASE OF CLAIMS** .............................................................................................................. 5
**EXCLUDING YOURSELF FROM THE SETTLEMENT** .................................................................. 5
    18.    How do I opt out?
    19.    If I don't exclude myself, can I sue Defendants for the same thing later?
    20.    If I exclude myself, can I get money from the settlement?

**THE LAWYERS REPRESENTING YOU** ...................................................................................... 6
    21.    Do I have a lawyer in the case?
    22.    How will my lawyers be paid?

**PLAINTIFFS** ............................................................................................................................ 6
    23.    Will Plaintiffs be paid anything?

**OBJECTING TO THE SETTLEMENT** ......................................................................................... 7
    24.    How do I object?
    25.    What's the difference between objecting and excluding myself?

**THE FAIRNESS HEARING** ........................................................................................................ 7
    26.    When and where will the U.S. Court decide whether to approve the settlement?
    27.    Do I have to come to the hearing?
    28.    May I speak at the hearing?

**IF YOU DO NOTHING** ............................................................................................................... 8
**GETTING MORE INFORMATION** .............................................................................................. 8

**EXECUTION COPY**

## BASIC INFORMATION

The company that sold **QuickBooks® Pro 2006 for Mac** or **QuickBooks® New User Edition 2006 for Mac** was sued in a U.S. class action lawsuit and a Canadian class action lawsuit.  The people who sued are called the "Plaintiffs," and the companies they sued (Intuit Inc. in the U.S. lawsuit and Intuit Inc. and its subsidiary Intuit Canada Ltd. in the Canadian lawsuit) are called the "Defendants."

Judge William H. Alsup of the United States District Court for the Northern District of California is overseeing the U.S. lawsuit, named *Create-A-Card, Inc., AGSJ, Inc. and Philanthropic Focus LLC. v. Intuit Inc.*, CV-07-6452 WHA.  The Ontario Superior Court of Justice in Toronto, Canada is overseeing the Canadian lawsuit, named *Ronald Smith Associates, Inc. v. Intuit Inc. and Intuit Canada*, 08-348111 CP.

| 1. | **Error! Reference source not found.** |
|---|---|

You received notice because you are a registered user of QuickBooks® Pro 2006 for Mac or QuickBooks® New User Edition 2006 for Mac.  Notice has been provided to you because you have a right to know about the proposed settlement of these two class action lawsuits before the Courts decide whether to approve the settlement.  This Notice explains the lawsuits, the settlement and your legal rights.

| 2. | Why did I get a notice?<br>What are these lawsuits about? |
|---|---|

The lawsuits concern an alleged malfunction with the Software's auto-update mechanism that may have caused certain users' data or files to become inaccessible or damaged, corrupted, or lost, whether temporarily or permanently.   As currently known to the parties and their counsel, you may have experienced desktop data deletion one of two ways:  (1) accessing the Software between 9:30 p.m. (PST) on December 15, 2007, and 10:00 a.m. (PST) on December 17, 2007; or (2) accessing the Software before 10:00 a.m. (PST) on January 3, 2008, at a publicly available wireless network that requires payment for use.  The lawsuits claim Defendants should have known of the malfunction or otherwise should be held legally responsible for any data damage or loss experienced by affected customers.  If you believe you have suffered desktop data deletion in another manner, you may still submit a claim as described below.

Defendants deny any wrongdoing or liability in the lawsuits as they claim they have already compensated registered users for their data recovery expenses, believe the malfunction cannot recur as they have ensured disablement of the Software's auto-update mechanism, notified their registered users of the issue, and instituted internal safeguards.  By agreeing to the proposed settlement described in this Notice, Defendants are not admitting the merits of the claims in the lawsuits and continue to deny any wrongdoing.

| 3. | Why are these lawsuits class actions? |
|---|---|

In a class action, one or more people called "Class Representatives" (Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus LLC in the U.S. lawsuit, and Ronald Smith Associates, Inc. in the Canadian lawsuit) sue on behalf of people who have similar claims.  All of these people are a "Class" or "Class Members."  A court must determine if a lawsuit or a settlement should proceed as a class action.  If it does proceed as a class action, there may be a trial.  A trial then decides the outcome of the lawsuit for everyone in the Class.  Sometimes, the parties may settle without a trial.

Generally, one court resolves the issues for all Class Members except for those who exclude themselves from the Class.  In this case, there is one U.S. court overseeing the lawsuit for all Class Members except those in Canada, and one Canadian court overseeing the lawsuit for all Class Members in Canada.

**EXECUTION COPY**

| 4. | Why is there a settlement? |

A settlement is <u>not</u> an admission of any wrongdoing by the Defendants.  No court or jury made any decision in favor of any party.  Instead, both sides mutually agreed to settle the claims. By settling, they both avoid the risks, delays, and costs of ongoing litigation and a trial, and the class members are eligible to receive settlement benefits.  The Plaintiffs and their attorneys recommend this settlement because they believe this settlement is the best option for everyone in the Class.

## WHO IS INCLUDED IN THE SETTLEMENT?

To see if you are affected or if you can get benefits from the settlement, you first have to determine whether you are a Class Member.

| 5. | How do I know if I am part of the settlement? |

The Courts decided that everyone who fits the following description is a Class Member:  All registered users of QuickBooks® Pro 2006 for Mac or QuickBooks® New User Edition 2006 for Mac whose data or files became inaccessible or were damaged, corrupted, or lost, whether temporarily or permanently, as a result of a malfunction of the Software's auto-update mechanism.

| 6. | Which QuickBooks® products are included? |

Only QuickBooks® Pro 2006 for Mac and QuickBooks® New User Edition 2006 for Mac are included.  No other QuickBooks® products are included.

| 7. | If I experienced desktop data deletion but recovered some or all of my files, am I still included? |

Yes, if you were able to recover some or all of your desktop data, you are still a Class Member.  Whether or not you are entitled to receive benefits from the settlement, will depend on whether you incurred any reimbursable expenses as described below in Question 11.

| 8. | If Intuit already reimbursed me or sent me a free upgrade, am I still included? |

Yes, you are still a Class Member even if Intuit has already reimbursed you for some or all of your expenses, or sent you a free upgrade.  You are entitled to the same benefits as any other Class Member, but Intuit will be credited with any benefits it has already provided to you.

| 9. | What if I have lost Mac desktop data, but not before January 3, 2008? |

You are a Class Member only if your data or files became inaccessible or were damaged, corrupted, or lost, whether temporarily or permanently, <u>as a result of a malfunction in the Software's auto-update mechanism</u>.  As currently known to the parties and their counsel, you may have experienced desktop data deletion in one of two ways:  you (1) accessed the Software between 9:30 p.m. (PST) on December 15, 2007, and 10:00 a.m. (PST) on December 17, 2007; or (2) accessed the Software before 10:00 a.m. (PST) on January 3, 2008, at a publicly available wireless network that requires payment for use.  If you believe you have suffered desktop data deletion in another manner as a result of a malfunction in the auto-update mechanism in the Software, you may still submit a claim explaining the circumstances of the desktop data deletion and the reason you believe the desktop data deletion was caused by the auto-update mechanism in the Software.

2

**EXECUTION COPY**

| 10. | I'm still not sure if I am included. |

If you are still not sure whether you are included in the Class, you may call [INSERT NUMBER] with questions.

## THE SETTLEMENT BENEFITS – WHAT YOU MAY GET

| 11. | What does the settlement provide? |

The proposed settlement provides the following benefits:

| | | |
|---|---|---|
| 1. | Full reimbursement for certain data <u>recovery</u> expenses.<br><br>*Expenses must have been incurred on or before April 15, 2008 (or April 30, 2008 for Canadian Class Members).* | ▪ Costs of data recovery software (including any shipping, handling and tax);<br><br>▪ Third party data recovery expenses (such as for services of Apple Genius bars, DriveSavers or other third party data recovery vendors); and/or<br><br>▪ Hardware reasonably necessary for data recovery efforts (such as hard drives purchase for use with data recovery software) including any shipping, handling and tax. |
| 2. | Reimbursement for data <u>reconstruction</u> and <u>other data recovery efforts</u>.<br><br>*Expenses must have been incurred on or before April 15, 2008 (or April 30, 2008 for Canadian Class Members).* | ▪ Third party data reconstruction expenses (such as data re-entry) capped at 20 hours at $75 USD/hour per Class Member; and/or<br><br>▪ In-house data reconstruction and data recovery expenses (such as reimbursement for time Class Members' employees spent recovering and reconstructing lost data) capped at 20 hours at $75 USD/hour per Class Member.<br><br>Note: Under the proposed settlement, these claims are subject to an aggregate cap of $500,000 USD. If the claims received exceed $500,000 Intuit can do one of two things:<br><br>*Option 1*. Pay all claims. (For example: If there are $600,000 in claims, Intuit can pay $100,000 in addition to the $500,000 it has already committed.)<br><br>*Option 2*. Request a *pro rata* reduction. (For example: If there are $1,000,000 in claims and your claim is $2,000, you will be notified of a pro rata reduction to $1,000. You will then get another chance to exclude yourself from the Class.) |
| 3. | <u>Free upgrade to QuickBooks® Pro 2007 for Mac</u> (retailing at approximately $199.95 USD) to any Class Member with an approved claim. | N/A |

3

**EXECUTION COPY**

| 12. | Are there limits on the amount I can get? |

There is no limit on the total reimbursements for certain types of data recovery expenses, but there is a cap on the amount of reimbursements you can get for data reconstruction expenses and in-house data recovery expenses (see answer to Question 11 above).

**HOW YOU GET A PAYMENT – SUBMITTING A CLAIM FORM**

| 13. | How can I get a payment or free upgrade? |

You must submit a Claim Form.  A Claim Form is included with this Notice.  You may also download a Claim Form at www.2006QBforMacSettlement.com.  Read the instructions carefully, fill out the Claim Form completely, and return the completed Claim Form by March 23, 2009.  **IF YOU DO NOT SUBMIT YOUR SIGNED CLAIM FORM BY THIS DEADLINE YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO RECEIVE ANY PAYMENT FROM THIS SETTLEMENT.**

A Claims Administrator, unrelated to any party in these lawsuits, will administer the settlement and review all Claim Forms and accompanying documented expenses. Include with your Claim Form as much documentation as possible regarding your reimbursable expenses. Your information will be treated as confidential and will not be shared with anyone except the Claims Administrator and the parties to the lawsuits.  By signing your Claim Form, you will also be authorizing the Claims Administrator to contact you for more information to help evaluate your claim, if needed.  The Claims Administrator will make the initial determination of whether your Claim Form is, valid, verified and complete, and, if necessary, will make the final determination regarding any disputed claims (see Question 15 below).

*All reimbursements for data reconstruction expenses and in-house data recovery expenses may be pro-rated to a lesser amount, depending on the total number of people who claim benefits (see answer to Question 11 above).  You will be notified if your claimed amount is pro-rated and be provided a second opportunity to exclude yourself from the Class.*

| 14. | What if I already received payment or a free upgrade from Intuit? |

Intuit will be credited with any benefits it has already provided you.  Therefore, if you have already received a reimbursement payment and/or a free upgrade from Intuit, have no further reimbursable expenses, and do not intend to pursue any further action against Intuit, you do not need to do anything.  However, if you have additional expenses reimbursable under the settlement or have not received a free upgrade from Intuit, you should either submit a fully completed Claim Form or opt out of the settlement so you can pursue your own lawsuit against Intuit.  There is a place on the Claim Form to report any benefits you have already received from Intuit.

| 15. | What if my claim for reimbursement is disputed? |

There is a dispute resolution process in the settlement with regard to any claims that Defendants object to (due to, for example, improper classification or documentation).  If the parties are unable to resolve the disputed claim, then the Claims Administrator will make a final determination whether to accept or deny the claim.  For more information see sections 10.8 and 10.12 of the Settlement Agreement available at www.2006QBforMacSettlement.com.

| 16. | When would I get my payment or free upgrade? |

You will receive your payment check and/or free upgrade within 4 to 8 weeks of the settlement being approved by both Courts and the judgments entered in both lawsuits become final, which is projected to take place next summer.

4

**EXECUTION COPY**

| 17. | What am I giving up to get a payment or stay in the Class? |

Unless you exclude yourself by **February 20, 2009**, you are staying in the Class, and that means you can't sue, continue to sue, or be part of any other lawsuit against Intuit about the legal issues in *this* case. It also means that all of the Courts' orders will apply to you and legally bind you.

### RELEASE OF CLAIMS

If the settlement is approved, you will give up the right to sue Defendants and other Released Parties on your own (or to be a part of any other lawsuit against Defendants and other Released Parties) concerning the claims that this Settlement resolves. The only way to keep this right is to exclude yourself from the Settlement (see *Excluding Yourself From the Settlement* below).

For complete details of the Release of Claims and Released Parties, please refer to the Settlement Agreement online at www.2006QBforMacSettlement.com.  You may also contact the Claims Administrator or Class Counsel directly (see below).

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue or continue to sue the Defendants over the legal issues in these lawsuits, then you <u>must</u> take steps to get out of this settlement.  This is called asking to be excluded from or "opting out" of the Class.

| 18. | How do I opt out? |

To exclude yourself from the settlement, you must send a letter by certified mail stating that you "request to be excluded from the settlement in the *Create-A-Card, et al. v. Intuit* Litigation."  You must sign the letter and include your name, address, telephone number, email address and date of desktop data loss. The letter must be sent to the following address; you <u>cannot</u> exclude yourself over the phone, by fax or by email:

> [INSERT NAME]
> Claims Administrator
> [INSERT ADDRESS]

TO BE CONSIDERED TIMELY AND TO EFFECTIVELY OPT OUT OF THE SETTLEMENT, YOUR SIGNED OPT OUT LETTER MUST BE POSTMARKED BY **FEBRUARY 20, 2009**.  IF IT IS NOT POSTMARKED BY THAT DATE, YOUR RIGHT TO OPT OUT WILL BE DEEMED WAIVED AND YOU WILL BE BOUND BY ALL ORDERS AND JUDGMENTS ENTERED IN CONNECTION WITH THE SETTLEMENT.

| 19. | If I don't exclude myself, can I sue Defendants for the same thing later? |

No.  Unless you exclude yourself, you give up the right to sue the Defendants for the claims that this settlement resolves.  You must exclude yourself from this Class to start or continue your own lawsuit on the released claims.

| 20. | If I exclude myself, can I get money from the settlement? |

No.  If you exclude yourself from the settlement, you will not get any benefits provided by this settlement.

5

**EXECUTION COPY**

| THE LAWYERS REPRESENTING YOU |
|---|

| 21. | Do I have a lawyer in the case? |
|---|---|

Yes.  However, if you want to be represented by your own lawyer you may hire one at your own expense.

The U.S. Court has appointed these lawyers to represent you and other Class Members (other than Canadian residents) as "Class Counsel" in the U.S. class action lawsuit.

James A. Quadra, Esq.
Rebecca Bedwell-Coll, Esq.
Robert D. Sanford, Esq.
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

Michael W. Sobol, Esq.
Kristen E. Law, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jonathan D. Selbin, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

The Canadian Court has appointed these lawyers to represent Canadian Class Members as "Class Counsel" in the Canadian class action lawsuit:

David B. Williams, Esq.
Jonathan J. Foreman, Esq.
HARRISON PENSA LLP
Barristers & Solicitors
450 Talbot Street
London, ON N6A4K3
Telephone: (519) 661-6775
Facsimile: (519) 667-3362

| 22. | How will my lawyers be paid? |
|---|---|

Class Counsel in the U.S. lawsuit and in the Canadian lawsuit will ask the respective Courts for attorneys' fees, cost and expenses in an amount not to exceed $800,000 USD.  Any payments awarded to Class Counsel by the Courts and paid by Defendants will not reduce the value of the benefits distributed to Class Members.  The Defendants will also separately pay the costs to administer the settlement.

| PLAINTIFFS |
|---|

| 23. | Will Plaintiffs be paid anything? |
|---|---|

No.  Class Counsel and the Class Representatives will not ask the Courts for payment of any kind to the Class Representatives.  Thus, the Class Representatives will not be paid any amount other than that to which they would be entitled as participating members of the settlement Class.

6

**EXECUTION COPY**

## OBJECTING TO THE SETTLEMENT

You can tell the Courts if you don't agree with the settlement or some part of it.

| 24. | How do I object? |

You can object to the settlement if you don't like any part of it. You can give reasons why you think the Courts should not approve it.

To object, send a letter saying that you object to the *Create-A-Card, et al. v. Intuit* litigation Settlement. Be sure to include: (1) your name, address, telephone number and email address; (2) date of desktop data loss; (3) reasons why you object to the settlement; (4) your signature; and (5) the case name and number: *Create-A-Card, et al. v. Intuit Inc.*; Case No. CV-07-6452 WHA. Please provide any copies of any other documents that you wish to submit in support of your objection. Mail your objection to these three different places postmarked no later than **March 12, 2009**.

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court | James A. Quadra, Esq. | Rodger R. Cole, Esq. |
| United States District Court for | MOSCONE, EMBLIDGE & | FENWICK & WEST LLP |
| the Northern District of California | QUADRA, LLP | 801 California St. |
| 450 Golden Gate Ave. | 220 Montgomery Street, Ste. 2100 | Mountain View, CA 94041 |
| San Francisco, CA 94102 | San Francisco, California 94104 | |

| 25. | What's the difference between objecting and excluding myself? |

Objecting is simply telling the Courts that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Courts that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the settlement no longer affects you.

If you decide to remain in the Class and object to the settlement, you will be entitled another opportunity to exclude yourself from the Class if your objection is overruled by the Court.

## THE FAIRNESS HEARING

| 26. | When and where will the U.S. Court decide whether to approve the settlement? |

The U.S. Court will hold a Fairness Hearing at **8:00 a.m**. on **March 26, 2009**, in the United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, California. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are timely objections, the Court will consider them. The Court will listen only to people who have asked to speak at the hearing (see Question 28 below). The Court will also decide how much to pay the Class Representatives and Class Counsel representing the Class Members in the U.S. lawsuit. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

Note: The Fairness Hearing may be postponed to a different date without additional notice. Updated information, if any, will be posted on the settlement website: www.2006QBforMacSettlement.com.

**Please do not contact the Court or the Judge about this case.**

| 27. | Do I have to come to the hearing? |

Attendance is not required, even if you properly mailed a written objection. If you, or your personal attorney, still want to attend the Fairness Hearing, you are welcome to attend at your expense. However, it is not necessary that either of you attend. As long as your objection or comment was postmarked before the deadline, the Court will consider it.

7

**EXECUTION COPY**

8

| 28. | May I speak at the hearing? |
|---|---|

If you file an objection (see Question 24 above) you (or your attorney) may also ask the Court for permission to speak at the Fairness Hearing. To do so, you must include with your objection a statement saying that it is your "Notice of Intent to Appear in *Create-A-Card, et al. v. Intuit Inc.* (Case No. CV-07-6452 WHA)." It must also include your name, address, telephone number and signature. Your Notice of Intent to Appear must be postmarked no later than **March 12, 2009**, and be sent to the same addresses listed in Question 24 above. If you intend to have any witnesses testify or to introduce any evidence at the hearing, you must list the witnesses and evidence in your objection.

You cannot speak at the hearing if you excluded yourself from the Class.

## IF YOU DO NOTHING

If you do nothing and do not submit a Claim Form, you will not be able to receive any settlement benefits, and you will forfeit your right to start or continue a lawsuit against Defendants about the claims that this settlement resolves.

## GETTING MORE INFORMATION

If you have further questions, please contact the Claims Administrator at [INSERT] or Class Counsel at [INSERT].

**EXECUTION COPY**