IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>INTUIT, INC.,<br><br>      Defendant.<br>                                     / | No. C 07-06452 WHA<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

     Following the September 18 hearing on the parties' motion for preliminary approval of class action settlement, the parties submitted a proposed order granting preliminary approval of the proposed class action settlement and scheduling the final fairness hearing (Dkt. No. 46). The parties subsequently indicated that they had received new information affecting the settlement and would submit a revised proposed settlement agreement, which was subsequently submitted (Dkt. Nos. 48–49). The Court indicated that it would preliminarily approve the proposed settlement agreement, with two minor changes. Those changes were made, and the proposed settlement agreement (with a proposed order of approval) was re-submitted (Dkt. Nos. 51–52).

     The proposed settlement agreement is preliminarily **APPROVED**, the proposed class is provisionally certified, and the proposed forms of notice are approved, for the reasons set forth in the proposed order. The schedule for distributing the notice and claim forms are specified in

the agreement. The settlement proceedings shall proceed along the schedule set forth on page 13 of the proposed order, culminating in **FAIRNESS HEARING** to be held **SEPTEMBER 3, 2009**, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: January 14, 200

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2