IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

INTUIT, INC.,

    Defendant.
                                  /

No. C 07-06452 WHA

**ORDER RE REQUEST TO CONTINUE FINAL APPROVAL HEARING DATE**

The Court is in receipt of the stipulation to continue the final approval hearing date, which is currently scheduled for September 3, 2009. Since the class has been notified of the hearing date, the hearing will remain scheduled for September 3, 2009. Given the difficulty of notifying class members, the stipulation provides an inadequate justification to continue the hearing.

**IT IS SO ORDERED.**

Dated: January 23, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE