IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATE-A-CARD INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTUIT, INC.,<br><br>    Defendant. | No. C 07-06452 WHA<br><br>**ORDER CONTINUING FINAL FAIRNESS HEARING TO SEPTEMBER 10, 2009** |

      The parties have jointly requested to continue the final fairness hearing from September 3, 2009, to September 10, 2009. The Court is now informed that the settlement notice has yet to be circulated to the class. Because good cause for the continuance has otherwise been shown, the Court will reconsider and **GRANT** the requested continuance. The Court understands, however, that pursuant to the settlement agreement class notice was to be distributed within seven days of the order granting preliminary approval and requests that the notice be promptly sent.

**IT IS SO ORDERED.**

Dated: January 28, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE