James A. Quadra (SBN 131084)
Rebecca Bedwell-Coll (SBN 184468)
MOSCONE, EMBLIDGE & QUADRA, LLP
Mills Tower
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006
Email:  quadra@meqlaw.com

Michael W. Sobol (SBN 194857)
Kristen E. Law (SBN 222249)
LIEFF, CABRASER, HEIMANN & BERNSTEIN,
LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  msobol@lchb.com

Jonathan D. Selbin (SBN 170222)
LIEFF, CABRASER, HEIMANN & BERNSTEIN,
LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:   (212) 355-9500
Facsimile:   (212) 355-9592
Email:  jselbin@lchb.com

*Attorneys for Plaintiffs and proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC., AGSJ, INC., and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUIT INC.,<br><br>    Defendant. | Case No.  CV 07-06452 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE FOR MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES** |

1     Plaintiffs Create-A-Card, Inc., AGSJ, Inc., and Philanthropic Focus, LLC (collectively

2     "Plaintiffs") and Defendant Intuit, Inc. (collectively the "Parties"), by and through their

3     undersigned counsel hereby, jointly request that the Court adopt the briefing schedule set forth

4     below for Plaintiffs' motion for final approval of the Settlement and motion for an award of

5     attorneys' fees and costs.

6     The Parties make this request to clarify an ambiguity in the Court's January 14, 2009

7     Preliminary Approval Order, which incorporates by reference a briefing schedule set forth in

8     Plaintiffs' Proposed Order on the Preliminary Approval Motion.  In the Proposed Order the Court

9     adopted, Plaintiffs inadvertently included internally inconsistent scheduling language, stating at

10     sections V.E and V.F that the Final Approval and Attorneys' Fees motions would be due 21 days

11     before the Court-ordered Fairness Hearing and also stating at section VI that the motions would

12     be due July 30, 2009.

13     WHEREAS, the Fairness Hearing is currently scheduled for September 10, 2009;

14     WHEREAS, the Parties are involved in ongoing negotiations regarding the issue of

15     attorneys' fees in hopes of presenting an uncontested fee motion for the Court's approval;

16     WHEREAS, the deadline for submission of claims by potential class members is

17     August 31, 2009;

18     WHEREAS, the Parties would like to include in the motion papers as much information as

19     possible about the ongoing claims process in the motion for final approval, and the briefing

20     schedule proposed below will advance that goal;

21     WHEREAS, the parties in good faith believe that the schedule  proposed below would

22     allow the parties to continue focusing on their negotiations regarding attorneys' fees and would

23     assist in facilitating ultimate resolution of the one remaining disputed issue in this matter;

24     WHEREAS, the schedule proposed below does not alter the date of the Fairness Hearing,

25     currently scheduled for September 10, 2009;

26     WHEREAS, the parties in good faith believe that the schedule proposed would maximize

27     judicial economy and this Court's time;

28     ACCORDINGLY, Plaintiffs and Defendant, by and through their counsel of record, all

STIPULATION AND [PROPOSED] ORDER
CASE NO.  CV 07-06452 WHA

1    subject to the approval of this Court, hereby stipulate to the following briefing schedule:

2                    Motion for Final Approval of Settlement

3              August 20, 2009:    Opening motion papers due

4              September 3, 2009:   Response to objections, if any, due

5

6                    Motion for Award of Attorneys' Fees and Costs

7              August 13, 2009:    Opening papers due

8              August  27, 2009:   Opposition papers, if any, due

9              September 3, 2009:   Reply papers, if any, due

10

11         IT IS SO STIPULATED:

12   Dated: July 29, 2009                    FENWICK & WEST LLP

13                                           By:_____/S/ Rodger R. Cole_____

14                                                      Rodger R. Cole

15                                           Rodger R. Cole
                                             Songmee Connolly
16                                           Silicon Valley Center
                                             801 California Street
17                                           Mountain View, CA  94041
                                             Telephone:    (650) 988-8500
18                                           Facsimile:    (650) 938-5200

19                                           Attorneys for Defendant INTUIT INC.

20   Dated: July 29, 2009                    MOSCONE, EMBLIDGE & QUADRA, LLP

21                                           By:_____/S/ James A. Quadra_____

22                                                      James A. Quadra

23                                           James A. Quadra
                                             Rebecca Bedwell-Coll
24                                           220 Montgomery St., Ste. 2100
                                             San Francisco, CA  94104
25                                           Telephone:    (415) 362-3599
                                             Facsimile:    (415) 362-2006
26
                                             Attorneys for Plaintiffs
27

28

STIPULATION AND [PROPOSED] ORDER
                                             CASE NO.  CV 07-06452 WHA

Dated: July 29, 2009

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP

By: _____/S/ Kristen E. Law_____
                  Kristen E. Law

Kristen E. Law
275 Battery St., 30th Floor
San Francisco, CA 94111
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

Attorneys for Plaintiffs

### **ATTESTATION**

I attest that signatories Rodger Cole and Jim Quadra have concurred in the filing of this document on this date.

Dated: July 29, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/S/ Kristen E. Law___
Kristen E. Law (State Bar No. 222249)
275 Battery St., 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile:   (415) 956-1008

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: July 30, 2009

_____
Hon. William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 07-06452 WHA