James A. Quadra (SBN 131084)
Rebecca Bedwell-Coll (SBN 184468)
MOSCONE, EMBLIDGE & QUADRA, LLP
Mills Tower
220 Montgomery Street, Ste. 2100
San Francisco, California 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006
Email:  quadra@meqlaw.com

Michael W. Sobol (SBN 194857)
Kristen E. Law (SBN 222249)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  msobol@lchb.com

Jonathan D. Selbin (SBN 170222)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  jselbin@lchb.com
Email:  rbcoll@lchb.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CREATE-A-CARD, INC.; AGSJ, INC.; and PHILANTHROPIC FOCUS, LLC, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTUIT, Inc.,<br><br>Defendant. | Case No.  CV-07-6452 WHA<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **FINAL JUDGMENT AND DISMISSAL OF CLASS ACTION**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Hon. William Alsup |

# FINAL JUDGMENT

Pursuant to the Class Action Settlement Agreement and Release ("Class Action Settlement") entered by the parties and preliminarily approved by the Court on January 14, 2009 (Docket Nos. 51-53), and this Court's order dated September 22, 2009 finally approving the Class Action Settlement, final judgment is hereby entered, and this class action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 22, 2009

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup